UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES ALEXANDER LOGAN,

    Plaintiff,

v.                                          Case No. 3:22cv9565-LC-HTC

ESCAMBIA COUNTY JAIL,

    Defendant.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on October 31, 2022, (ECF No. 26), recommending dismissal under 28 U.S.C. § 1915A(b)(1). Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (ECF No. 26) is adopted and incorporated by reference in this order.

Case No. 3:22cv9565-LC-HTC

2. That this case is DISMISSED WITHOUT PREJUDICE under 28 U.S.C. § 1915A(b)(1) for failure to state a claim and failure to comply with court orders.

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 14th day of November, 2022.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**